JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK CHILCOTT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 5:22-cv-00763-SSS-SPx<br><br>District Judge: Sunshine Suzanne Sykes<br><br>**JUDGMENT PER RULE 68** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff ERIK CHILCOTT ("Plaintiff") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 31 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $181,000.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: November 16, 2023

　　　　　　　　　　　　　　　　　　　　_/s/ Irene Vazquez_
　　　　　　　　　　　　　　　　　　　　Irene Vazquez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1

**JUDGMENT**